UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

BERNICE VERNON ADAM JONES-WRIGHT,

Case No. 6:17-bk-3989-CCJ
Chapter 13

Debtor.
_____/

**OBJECTION TO CHAPTER 13 PLAN**
**BY HABITAT FOR HUMANITY OF GREATER ORLANDO AREA, INC.**

Habitat for Humanity of Greater Orlando Area, Inc., by and through its undersigned attorney, hereby files its Objection to the Chapter 13 Plan dated June 16, 2017, and would show:

1. The claims of Habitat for Humanity of Greater Orlando Area, Inc. are secured by the real property described as: 2464 Pillar Coral Drive, Villa 100, Orlando, FL 32808.

2. The plan fails to provide adequate protection for the interest of Habitat for Humanity of Greater Orlando Area, Inc.

3. The plan fails to specify interest rate.

4. The plan incorrectly states the amount of the arrearage due on the mortgage to be $20,386.00. The correct amount of the pre-petition arrearage is $35,039.09.

WHEREFORE, Habitat for Humanity of Greater Orlando Area, Inc., requests confirmation be denied and that the Court grant such other and further relief as is appropriate.

DATED: September 1, 2017.

Andrew W. Houchins
Florida Bar No. 59017
Rush, Marshall, Jones and Kelly, P.A.
P.O. Box 3146
Orlando, Florida 32802
Telephone (407) 425-5500
Facsimile (407) 423-0554
ahouchins@rushmarshall.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served on this 7th day of September, 2017, by electronic notice if registered in the Electronic Case Filing system, otherwise by first class postage prepaid U.S. Mail to: Bernice Vernon Adam Jones-Wright, 2464 Pillar Coral Drive, Unit #100, Orlando FL 32808-5346, Debtor, Keith D. Collier, 861 Morse Boulevard Ste 1, Winter Park, FL 32789, Attorney for Debtor, Laurie K. Weatherford, PO Box 3450, Winter Park FL 32790, Office of the U.S. Trustee, 400 W. Washington St., Suite 1100, Orlando, FL 32801.

RUSH, MARSHALL, JONES and KELLY, P.A.
Attorneys for Creditor

By: _____ #59017
Robert S. Hoofman, for the firm

SEND ALL NOTICES TO:

RUSH, MARSHALL, JONES and KELLY, P.A.
Attn: Robert S. Hoofman
Post Office Box 3146
Orlando, FL 32802-3146

Florida Bar No. 284173
Telephone 407-425-5500
Facsimile 407-423-0554
email: rhoofman@rushmarshall.com

1340.70556
Y8702 0205